UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 21, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDY JOHNSON,

Defendant.

Case No. 2:16-cr-00233-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDY JOHNSON ,

Case No. 2:16-cr-00233-MCE from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $ 25,000, cosigned by Hercules, Amana, and Audwin Johnson

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): Pretrial Services conditions.

Issued at Sacramento, California on July 21, 2017 at _____

By: _____

Magistrate Judge Carolyn K. Delaney