HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.Allison@fd.org

Attorney for Defendant
RANDY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-CR-00233-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RANDY JOHNSON, | DATE: August 17, 2017 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney FRANK RANGOSSIS and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for RANDY JOHNSON, that the status conference hearing set for August 17, 2017 be vacated and continued to September 14, 2017 at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review the discovery with her client and continue with investigation.

/ / /

/ / /

The parties further stipulate and agree to exclude time from the date of this stipulation August 17, 2017 to September 14, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: August 10, 2017   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant
RANDY JOHNSON

Dated: August 10, 2017   PHILLIP A. TALBERT
United States Attorney

*/s/ Linda C. Allison for*
FRANK RANGOSSIS
Assistant United States Attorney

**ORDER**

The status conference hearing set for August 17, 2017 at 9:00 a.m. is hereby VACATED and CONTINUED to September 14, 2017 at 9:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though August 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE