HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.Allison@fd.org

Attorney for Defendant
RANDY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY JOHNSON,<br><br>Defendant. | NO. 2:16-CR-00233-MCE<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR A CHANGE OF PLEA/SENTENCING HEARING BEFORE THE MAGISTRATE JUDGE<br><br>DATE: September 14, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Trial Attorney FRANK RANGOSSIS and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for RANDY JOHNSON, that the status conference hearing set for September 14, 2017, be vacated and a change of plea hearing/sentencing hearing be set before Magistrate Judge Claire on September 14, 2017 at 2:00 p.m.

Both parties have agreed on plea negotiations on a superseding information and request the change of plea hearing/sentencing hearing be set before Magistrate Judge Claire on September 14, 2017 at 2:00 p.m.

///

-1-

The parties further stipulate and agree to exclude time from the date of this stipulation September 12, 2017 to September 14, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: September 12, 2017                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Linda C. Allison*
                                             LINDA C. ALLISON
                                             Chief Assistant Federal Defender
                                             Attorney for Defendant
                                             RANDY JOHNSON

Dated: September 12, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                             */s/ Linda C. Allison for*
                                             FRANK RANGOSSIS
                                             Assistant United States Attorney

**ORDER**

It is hereby ordered that the status conference hearing set for September 14, 2017 at 9:00 a.m. is VACATED and a change of plea/sentencing hearing is set before Magistrate Judge Claire on September 14, 2017 at 2:00 p.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though September 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE