HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.Allison@fd.org

Attorney for Defendant
RANDY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:16-CR-00233-AC |
|---|---|
| Plaintiff, | ) ORDER TO RETURN PASSPORT TO |
| | ) DEFENDANT |
| v. | ) |
| RANDY JOHNSON, | ) |
| | ) JUDGE: Hon. Allison Claire |
| Defendant. | ) |
| | ) |

Mr. Johnson's passport (#531199309) was surrendered to the Clerk's Office during his pretrial release. On September 14, 2017, a Superseding Information was filed and Mr. Johnson pled guilty to a misdemeanor theft charge pursuant to a written plea agreement. The underlying Indictment was dismissed. He was sentenced to time served, a fine of $100.00, a special assessment of $25.00 and was ordered to pay restitution in the amount of $22,402.62. He was also ordered to complete a one-year term of supervised release and is currently being supervised by US Probation in Sacramento. His case having been completed the defendant requests that his

/ / /

/ / /

/ / /

US passport be returned to Mr. Johnson by surrendering his passport to his attorney Assistant Federal Defender Linda C. Allison from The Office of the Federal Defender.

Dated: September 12, 2017                       Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    */s/ Linda C. Allison*
                                                    LINDA C. ALLISON
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    RANDY JOHNSON

**ORDER**

IT IS HEREBY ORDERED that the Clerk of this court return Randy Johnson's passport (#531199309) to Assistant Federal Defender Linda C. Allison.

Dated: November 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE